JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN A. BARNETT,<br><br>    Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., dba PRINCESS CRUISES,<br><br>    Defendants.<br>_____ | Case No. CV 06-4352 CAS (CWx)<br><br>**ORDER TO DISMISS**<br><br>Judge: Hon. Christina A. Snyder<br>Courtroom: 5 |

    The court, having considered the Stipulation of Settlement between the parties and this joint motion to dismiss this action in its entirety, and good cause appearing for the requested relief,

    IT IS HEREBY ORDERED that this Stipulation is approved and this case is dismissed, with prejudice, effective upon the entry of this order by the court.

Dated this 10th day of March, 2008.   *Christina A. Snyder*

                                                    _____
                                                  Christina A. Snyder
                                                  United States District Court Judge